■ In the Matter of ALVIN PETERSON, Petitioner, v CLERK OF THE COURT, Respondent. [859 NYS2d 891]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Saxe, J.P., Nardelli, Moskowitz, Acosta and DeGrasse, JJ.